UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
RAFAEL MARTINEZ FUENTES
LUZ ESTRELLA CORTES TORRES

    DEBTOR (S)

CASE NO. 21-00098-ESL

CHAPTER 13

Trustee's Position
Regarding DEBTORS MOTION TO EXCUSE THE DEBTOR RAFAEL MARTINEZ FUENTES FROM PERSONALLY APPEARING AT THE 341 MEETING AND TO ALLOW JOINT DEBTOR LUZ ESTRELLA CORTES TORRES TO APPEAR AT 341 MEETIN GALSO ON BEHALF OF THE DEBTOR RAFAEL MARTINEZ FUENTES

TO THE HONORABLE COURT:

    NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

    1. The Trustee has no opposition to:
DEBTORS MOTION TO EXCUSE THE DEBTOR RAFAEL MARTINEZ FUENTES FROM PERSONALLY APPEARING AT THE 341 MEETING AND TO ALLOW JOINT DEBTOR LUZ ESTRELLA CORTES TORRES TO APPEAR AT 341 MEETIN GALSO ON BEHALF OF THE DEBTOR RAFAEL MARTINEZ FUENTES.(Docket # 12 ).

    WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropriate.

    CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

    In San Juan, Puerto Rico this Wednesday, February 3, 2021.

/s/ Nannette Godreau -Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535  FAX (787)977-3550