```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                        THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>RAFAEL MARTINEZ FUENTES<br>LUZ ESTRELLA CORTES TORRES<br><br>xx-xx-0890<br>xx-xx-8918<br>      Debtor(s) | CASE NO. 21-00098 ESL<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON APR/29/2021 |

ORDER AND NOTICE

A hearing is hereby scheduled for August 25, 2021, at 3:00 PM, via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\www.prb.uscourts.gov; to consider the following:

1- Confirmation of Plan dated 3/30/2021 (docket #26)

2- Trustee's Unfavorable Recommendation (docket #30)

3- Objection to Confirmation filed by Oriental Bank (docket #33)

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29 day of April, 2021.

*Enrique S. Lamoutte*
United States Bankruptcy Judge