IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 21-00098-ESL13 |
| RAFAEL MARTINEZ FUENTES | Chapter 13 |
| LUZ ESTRELLA CORTES TORRES | |
| xx-xx-0890 | |
| xx-xx-8918 | |
| Debtor(s) | FILED & ENTERED ON SEP/24/2021 |

ORDER DISMISSING CASE

Upon the application for voluntary dismissal filed by the Debtors (see docket entry #59), it is now

ORDERED, that the instant case be and is hereby dismissed; and it is further

ORDERED, that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of September, 2021.

*Enrique S. Lamoutte*
United States Bankruptcy Judge